Gerald P. Urbach
Texas SBN 20412000
gurbach@hhdulaw.com
Russell W. Mills,
Texas SBN 00784609
Jason M. Katz
Texas SBN 24038990
jkatz@hhdulaw.com
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001
Ph: 972-701-7000
Fax: 972-701-8765

**ATTORNEYS FOR JUPITER FAMILY ENTERTAINMENT, L.P.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **JUPITER FAMILY ENTERTAINMENT,** § | |
| **L.P.** § | |
| § | **Case No. 09-36793** |
| **Debtor.** § | |

**NOTICE OF WITHDRAWAL OF DEBTOR'S DISCLOSURE STATEMENT [Docket No. 41], DEBTOR'S PLAN OF REORGANIZATION [Docket No. 42], NOTICE OF (I) HEARING ON APPROVAL OF DISCLOSURE STATEMENT, (II) CONFIRMATION HEARING DATE AND (III) OBJECTION/VOTING DEADLINE [Docket No. 59], FIRST MODIFICATION TO DEBTOR'S DISCLOSURE STATEMENT [Docket No. 61] AND FIRST MODIFICATIONTO DEBTOR'S PLAN OF REORGANIZATION [Docket No. 62]**

**PLEASE TAKE NOTICE** that Jupiter Family Entertainment, L.P. hereby withdraws

without prejudice the following:

1. Debtor's Disclosure Statement filed in the above-captioned bankruptcy case on February 12, 2010 [Docket No. 41];

2. Debtor's Plan of Reorganization filed in the above-captioned bankruptcy case on

NOTICE OF WITHDRAWAL OF DEBTOR'S DISCLOSURE
STATEMENT, DEBTOR'S PLAN OF REORGANIZATION,
NOTICE OF (I) HEARING ON APPROVAL
OF DISCLOSURE STATEMENT, (II) CONFIRMATION
HEARING DATE AND (III) OBJECTION/VOTING DEADLINE,
FIRST MODIFICATION TO DEBTOR'S
DISCLOSURE STATEMENT AND FIRST
MODIFICATIONTO DEBTOR'S PLAN OF REORGANIZATION

Page 1 of 5

February 12, 2010 [Docket No. 42];

3. Notice of (I) Hearing on Approval of Disclosure Statement, (II) Confirmation Hearing Date and (III) Objection/Voting Deadline filed in the above-captioned bankruptcy case on April 12, 2010 [Docket No. 59];

4. First Modification to Debtor's Disclosure Statement filed in the above-captioned bankruptcy case on April12, 2010 [Docket No. 61].

5. First Modification to Debtor's Plan of Reorganization filed in the above-captioned bankruptcy case on April12, 2010 [Docket No. 62].

Respectfully submitted,

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.

By: _/s/ Jason M. Katz_
    Gerald P. Urbach, SBN 20412000
    Russell W. Mills, SBN 00784609
    Jason M. Katz, SBN 24038990

15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Ph: 972/701-7000
Fax: 972/701-8765

**ATTORNEYS FOR JUPITER FAMILY ENTERTAINMENT, L.P.**

## CERTIFICATE OF SERVICE

This is to certify that on May 5, 2010, a true and correct copy of the foregoing document was served *via* ECF and/or by first class United States mail to the following parties:

Community Bank
P.O. BOX 489
BURLESON, Texas 76097

Harold B. Gold
Randy Wisener
Wisener, Nunnally Gold, LLP
625 W. Centerville Rd., #110
Garland, Texas 75041

Hudson Energy
P.O. BOX 142109
Irving, Texas 75014-2109

Dallas County Tax Assessor
P.O. BOX 139066
Dallas, Texas 75313-9006

Bowling Distributor.com
P.O. BOX 560407
Dallas, Texas 75356

Qubica Pins Division
7412 Utica Blvd
Lowville, New York 13367

Allied Waste Services
P.O. BOX 78829
Phoenix, Arizona 85062

Classic Products Corp
4617 Industrial Road
Ft. Wayne, Indiana 46825

Denton Bolt Co.
P.O. BOX 50298
Denton, Texas 76206

Restaurant CFO Partners
701 E 15th Street, Suite 201
Plano, Texas 75074

NuCO2
2800 SE Market Place
Stuart, Florida 34997

Service Performance Group
3436 Raleigh Street
Holly Springs, North Carolina 27549

Unicard Systems, Inc.
5340 Alpha Road
Dallas, Texas 75240

RMS Thermal Company LLC
2033 W McDermott Road, #320
Allen, Texas 75013

NOTICE OF WITHDRAWAL OF DEBTOR'S DISCLOSURE STATEMENT, DEBTOR'S PLAN OF REORGANIZATION, NOTICE OF (I) HEARING ON APPROVAL OF DISCLOSURE STATEMENT, (II) CONFIRMATION HEARING DATE AND (III) OBJECTION/VOTING DEADLINE, FIRST MODIFICATION TO DEBTOR'S DISCLOSURE STATEMENT AND FIRST MODIFICATIONTO DEBTOR'S PLAN OF REORGANIZATION

Page 3 of 5

Sand Trap Service Company
P.O. BOX 1823
Fort Worth, Texas 76101

Road Runner Fire & Safety
3135 Cortez Drive
Garland, Texas 75041

Total Fire & Safety
7909 Carr Street
Dallas, Texas 75227

Atmos Energy
P.O. BOX 650205
Dallas, Texas 75265

Garland Welding Supply
1960 Forest Lane
Garland, Texas 75042

Coca-Cola Enterprises, Inc.
P.O. BOX 840232
Dallas, Texas 75284

AT&T
P.O. BOX 630047
Dallas, Texas 75263

Brunswick Bowling
ATTN: James Duke, Director
One North Field Court
Lake Forest, Illinois 60045

The CIT Group/EF
10201 Centurion Pkwy N, Suite 100
Jacksonville, Florida 32256

Champion Energy
13831 NW Frwy, Suite 250
Houston, Texas 77040

City of Dallas
1500 Marilla 3A North
Dallas, Texas 75201

Time Warner Bus. Class
14079 Senlac
Farmers Branch, Texas 75234

Party Direct
P.O. BOX 353
Peru, Indiana 46970

H&S Distributing, Inc.
9221 E Baseline Road, Suite 109
Mesa, Arizona 85209

Comptroller of Public Accts
c/o Office of the Atty General
Bankruptcy-Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

Kegel LLC
1951 Longleaf Blvd
P.O. BOX 3370
Lake Wales, Florida 33859-3370

NTN Buzztime Inc.
5966 La Place Court
Suite 100
Carlsbad, California 92008

Charles Lande
Diane Lande
9813 Waterview Parkway
Rowlett, Texas 75089

NOTICE OF WITHDRAWAL OF DEBTOR'S DISCLOSURE                Page 4 of 5
STATEMENT, DEBTOR'S PLAN OF REORGANIZATION,
NOTICE OF (I) HEARING ON APPROVAL
OF DISCLOSURE STATEMENT, (II) CONFIRMATION
HEARING DATE AND (III) OBJECTION/VOTING DEADLINE,
 FIRST MODIFICATION TO DEBTOR'S
DISCLOSURE STATEMENT AND FIRST
MODIFICATIONTO DEBTOR'S PLAN OF REORGANIZATION

| | |
|---|---|
| Rob Bertino<br>5727 Stanford Drive<br>Dallas, Texas 75209 | Marty Buckholt<br>c/o Patriot Investments<br>5419 Vickery Blvd<br>Dallas, Texas 75206 |
| Laurie Spindler Huffman<br>Linebarger Goggan, et al.<br>2323 Bryan Street, Suite 1600<br>Dallas, Texas 75201 | U.S. TRUSTEE<br>1100 Commerce Street, Room 976<br>Dallas, Texas75242 |
| Jonathon Aberman<br>Vedder Price PC<br>222 N LaSalle St.<br>Suite 2200<br>Chicago, Illinois 60601-1003 | William Jarrell Moore<br>Samuel Martin Stricklin<br>Bracewell & Giuliani, LLP<br>1445 Ross Ave.<br>Suite 3800<br>Dallas, Texas 75202 |

*/s/ Jason M. Katz*
Jason M. Katz

NOTICE OF WITHDRAWAL OF DEBTOR'S DISCLOSURE　　　　　　　　　　Page 5 of 5
STATEMENT, DEBTOR'S PLAN OF REORGANIZATION,
NOTICE OF (I) HEARING ON APPROVAL
OF DISCLOSURE STATEMENT, (II) CONFIRMATION
HEARING DATE AND (III) OBJECTION/VOTING DEADLINE,
 FIRST MODIFICATION TO DEBTOR'S
DISCLOSURE STATEMENT AND FIRST
MODIFICATIONTO DEBTOR'S PLAN OF REORGANIZATION